NO. 07-04-0106-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

APRIL 2, 2004
_____

THE STATE OF TEXAS,

Appellant

v.

MIGUEL GONZALES TORRES,

Appellee
_____

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

NO. B14340-0202; HON. ED SELF, PRESIDING
_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

Appellant The State of Texas, by and through its attorney, has filed a motion to dismiss this appeal because the State has no right to appeal since it had already been dismissed on the State's motion. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice

Do not publish.